FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JUN 10 PM 12:57

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DELTA LAND & TITLE, LLC, et al | CIVIL ACTION |
| VERSUS | NO: 06-5374-EEF-SS |
| STATE FARM FIRE AND CASUALTY COMPANY | Section: L |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiffs have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that:

1. The motion of the defendant, State Farm Fire and Casualty Company ("State Farm"), for sanctions for the failure of the plaintiffs, Delta Land & Title LLC, Harold J. Anderson, Inc., Louisiana Land and Abstract Company, Inc., and Souther Title & Abstract, to comply with February 28, 2008 discovery order (Rec. doc. 73) is GRANTED.

2. Plaintiffs' claims for penalties, pursuant to La. Rev. Stat. Ann. §§ 22:658 and 1220, are DISMISSED WITH PREJUDICE.

3. Plaintiffs shall pay State Farm its reasonable attorney's fees and costs incurred in presenting its two motions to compel and this motion for sanctions. **Within fifteen (15) working days of the entry of this order**, State Farm shall submit its statement of its attorney's fees and costs.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____

4. The pretrial conference and trial are continued and a scheduling conference will be set to assign new dates.

5. **Within fifteen (15) working days of the entry of the order**, plaintiffs shall fully respond to the February 28, 2008 discovery order (Rec. doc. 54) and State Farm's letter of April 25, 2008 (Rec. doc. 73 (Exhibit B)).

6. **Plaintiffs are notified that the failure to comply with this order or any further discovery order in this action shall result in the dismissal of all of their claims with prejudice.**

7. **Within seven (7) working days of the entry of the order**, the plaintiffs shall file an affidavit in the record from Harold J. Anderson stating that he has read the entirety of the Magistrate Judge's report and recommendation and this order and that he fully understands them.

New Orleans, Louisiana, this 9th day of June, 2008.

UNITED STATES DISTRICT JUDGE